Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Steward Incorporated**

658 Parkwood Dr
York, PA 17404

Voucher Date: 05/08/2024
Voucher Number: 16684

## Direct Deposit Advice

*** This is not a check***

Direct Deposit Amount ****** 1,470.33

GA4874  1723  05/08/24  16684

**Jennifer R. Altland**

1255 Conewago Ave.
Manchester, PA 17345

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview
HP_010_6201_Y 05/12/2022  ©2022 ReadyPay Y

| Jennifer R. Altland | May 08, 2024 | | | | 16684 |
|---|---|---|---|---|---|
| Emp Id | 1723 | Loc | 00451-00846 | Period Begin | 04/16/24 | Net Pay | 1,470.33 |
| SSN | XXX-XX-8466 | Hire Date | 02/01/22 | Period End | 04/30/24 | Dir Dep | 1,470.33 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Hours | Ytd Amt |
|---|---|---|---|---|---|
| Regular Earnings | 90.43 | 18.500000 | 1,672.96 | 533.21 | 9,864.38 |
| Overtime Earnings | 5.85 | 27.750000 | 162.34 | 49.06 | 1,361.41 |
| OEPE Bonus | 0.00 | | 0.00 | 0.00 | 100.00 |
| Vacation | 0.00 | | 0.00 | 160.00 | 2,960.00 |
| Voice Bonus | 0.00 | | 0.00 | 0.00 | 0.00 |
| | 96.28 | | 1,835.30 | 742.27 | 14,285.79 |

### Payment Summary for Voucher 16684

| | |
|---|---|
| Total Gross Pay | 1,835.30 |
| Federal Taxes | -187.18 |
| State and Local Taxes | -74.67 |
| Other Deductions | -103.12 |
| Net Pay | 1,470.33 |
| Direct Deposits | -1,470.33 |
| Net Check | 0.00 |

### Taxes

| | Status | Taxable | Current Amt | Ytd Taxable | Ytd Amt |
|---|---|---|---|---|---|
| Federal Income Tax | | 1,749.82 | 53.32 | 13,516.47 | 378.82 |
| OASDI | | 1,749.82 | 108.49 | 13,516.47 | 838.02 |
| Medicare | | 1,749.82 | 25.37 | 13,516.47 | 195.99 |
| Medicare - Additional | | 1,749.82 | 0.00 | 13,516.47 | 0.00 |
| Pennsylvania SITW | M-0 | 1,749.82 | 53.72 | 13,516.47 | 414.94 |
| PA SUI - EE | | 1,835.30 | 1.28 | 14,285.79 | 10.00 |
| Cumberland - West Sho | | 0.00 | 0.00 | 0.00 | 0.00 |
| York - West Shore S D | | 1,749.82 | 17.50 | 13,516.47 | 135.18 |
| Fairview T.(York)(West | | 1,835.30 | 2.17 | 14,285.79 | 19.53 |
| Lower Allen T.(Cumber | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 261.85 | | 1,992.48 |

### Additional Information

**Company Address**

Steward Incorporated
658 Parkwood Dr
York, PA 17404

### Other Deductions from Pay

| | Current Amt | Ytd Amt |
|---|---|---|
| 125 Medical - Pretax | 82.72 | 744.48 ♦ |
| 125 Vision - Pretax | 2.76 | 24.84 ♦ |
| Dental - Post Tax | 17.64 | 158.76 |
| | 103.12 | 928.08 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| MEMBERS 1ST FCU | Ends with ***3800 | 1,470.33 |
| | | 1,470.33 |

♦ This code is not included in your Federal taxable wages.

**Steward Incorporated**  
658 Parkwood Dr  
York, PA 17404

Voucher Date: 05/23/2024  
Voucher Number: 16808

**Direct Deposit Advice**

*** This is not a check***

Direct Deposit Amount      ****** 1,604.73

GA4874   1723   05/23/24   16808  
**Jennifer R. Altland**  
1255 Conewago Ave.  
Manchester, PA 17345

---

| Jennifer R. Altland | May 23, 2024 | | | 16808 |
|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Emp Id | 1723 | Loc | 00451-00846 | Period Begin | 05/01/24 | Net Pay | 1,604.73 |
| SSN | XXX-XX-8466 | Hire Date | 02/01/22 | Period End | 05/15/24 | Dir Dep | 1,604.73 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Hours | Ytd Amt |
|---|---|---|---|---|---|
| Regular Earnings | 92.82 | 18.500000 | 1,717.17 | 626.03 | 11,581.55 |
| Overtime Earnings | 10.45 | 27.750000 | 289.99 | 59.51 | 1,651.40 |
| OEPE Bonus | 0.00 | | 0.00 | 0.00 | 100.00 |
| Vacation | 0.00 | | 0.00 | 160.00 | 2,960.00 |
| Voice Bonus | 0.00 | | 0.00 | 0.00 | 0.00 |
| | 103.27 | | 2,007.16 | 845.54 | 16,292.95 |

### Payment Summary for Voucher 16808

| | |
|---|---|
| Total Gross Pay | 2,007.16 |
| Federal Taxes | -217.51 |
| State and Local Taxes | -81.80 |
| Other Deductions | -103.12 |
| Net Pay | 1,604.73 |
| Direct Deposits | -1,604.73 |
| Net Check | 0.00 |

### Taxes

| | Status | Taxable | Current Amt | Ytd Taxable | Ytd Amt |
|---|---|---|---|---|---|
| Federal Income Tax | | 1,921.68 | 70.50 | 15,438.15 | 449.32 |
| OASDI | | 1,921.68 | 119.15 | 15,438.15 | 957.17 |
| Medicare | | 1,921.68 | 27.86 | 15,438.15 | 223.85 |
| Medicare - Additional | | 1,921.68 | 0.00 | 15,438.15 | 0.00 |
| Pennsylvania SITW | M-0 | 1,921.68 | 59.00 | 15,438.15 | 473.94 |
| PA SUI - EE | | 2,007.16 | 1.41 | 16,292.95 | 11.41 |
| Cumberland - West Sho | | 0.00 | 0.00 | 0.00 | 0.00 |
| York - West Shore S D | | 1,921.68 | 19.22 | 15,438.15 | 154.40 |
| Fairview T.(York)(West | | 2,007.16 | 2.17 | 16,292.95 | 21.70 |
| Lower Allen T.(Cumber | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 299.31 | | 2,291.79 |

### Other Deductions from Pay

| | Current Amt | Ytd Amt |
|---|---|---|
| 125 Medical - Pretax | 82.72 | 827.20 ♦ |
| 125 Vision - Pretax | 2.76 | 27.60 ♦ |
| Dental - Post Tax | 17.64 | 176.40 |
| | 103.12 | 1,031.20 |

### Additional Information

**Company Address**  
Steward Incorporated  
658 Parkwood Dr  
York, PA 17404

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| MEMBERS 1ST FCU | Ends with ***3800 | 1,604.73 |
| | | 1,604.73 |

♦ This code is not included in your Federal taxable wages.

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Steward Incorporated**
658 Parkwood Dr
York, PA 17404

**Voucher Date** 06/07/2024
**Voucher Number** 16931

## Direct Deposit Advice

*** This is not a check***

**Direct Deposit Amount** ****** 1,719.75

GA4874   1723   06/07/24   16931
**Jennifer R. Altland**
1255 Conewago Ave.
Manchester, PA 17345

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview
RP_010_8201_Y  05/12/2022  ©2022 ReadyPayY

| Jennifer R. Altland | | June 07, 2024 | | | | 16931 |
|---|---|---|---|---|---|---|
| Emp Id | 1723 | Loc | 00451-00846 | Period Begin | 05/16/24 | Net Pay    1,719.75 |
| SSN | XXX-XX-8466 | Hire Date | 02/01/22 | Period End | 05/31/24 | Dir Dep    1,719.75 |
| Clock | XXXX | Status | A | Check Type | Reg | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Hours | Ytd Amt |
|---|---|---|---|---|---|
| Regular Earnings | 0.00 | | 54.24 | 708.40 | 13,200.82 |
| Regular Earnings | 82.37 | 19.000000 | 1,565.03 | | |
| Overtime Earnings | 18.77 | 28.500000 | 534.94 | 78.28 | 2,186.34 |
| OEPE Bonus | 0.00 | | 0.00 | 0.00 | 100.00 |
| Vacation | 0.00 | | 0.00 | 160.00 | 2,960.00 |
| Voice Bonus | 0.00 | | 0.00 | 0.00 | 0.00 |
| | 101.14 | | 2,154.21 | 946.68 | 18,447.16 |

### Taxes

| | Status | Taxable | Current Amt | Ytd Taxable | Ytd Amt |
|---|---|---|---|---|---|
| Federal Income Tax | | 2,068.73 | 85.21 | 17,506.88 | 534.53 |
| OASDI | | 2,068.73 | 128.26 | 17,506.88 | 1,085.43 |
| Medicare | | 2,068.73 | 30.00 | 17,506.88 | 253.85 |
| Medicare - Additional | | 2,068.73 | 0.00 | 17,506.88 | 0.00 |
| Pennsylvania SITW | M-0 | 2,068.73 | 63.51 | 17,506.88 | 537.45 |
| PA SUI - EE | | 2,154.21 | 1.50 | 18,447.16 | 12.91 |
| Cumberland - West Sho | | 0.00 | 0.00 | 0.00 | 0.00 |
| York - West Shore S D | | 2,068.73 | 20.69 | 17,506.88 | 175.09 |
| Fairview T.(York)(West | | 2,154.21 | 2.17 | 18,447.16 | 23.87 |
| Lower Allen T.(Cumbei | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 331.34 | | 2,623.13 |

### Other Deductions from Pay

| | Current Amt | Ytd Amt |
|---|---|---|
| 125 Medical - Pretax | 82.72 | 909.92 ♦ |
| 125 Vision - Pretax | 2.76 | 30.36 ♦ |
| Dental - Post Tax | 17.64 | 194.04 |
| | 103.12 | 1,134.32 |

### Payment Summary for Voucher 16931

| | |
|---|---|
| Total Gross Pay | 2,154.21 |
| Federal Taxes | -243.47 |
| State and Local Taxes | -87.87 |
| Other Deductions | -103.12 |
| Net Pay | 1,719.75 |
| Direct Deposits | -1,719.75 |
| Net Check | 0.00 |

### Additional Information

**Company Address**
Steward Incorporated
658 Parkwood Dr
York, PA 17404

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| MEMBERS 1ST FCU | Ends with ***3800 | 1,719.75 |
| | | 1,719.75 |

♦ This code is not included in your Federal taxable wages.

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Steward Incorporated**
658 Parkwood Dr
York, PA 17404

Voucher Date: 06/24/2024
Voucher Number: 17060

## Direct Deposit Advice

*** This is not a check***

Direct Deposit Amount  ****** 1,557.36

GA4874  1723  06/24/24  17060
**Jennifer R. Altland**
1255 Conewago Ave.
Manchester, PA 17345

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview
RP_010_8201_Y 05/12/2022 ©2022 ReadyPayY

**Jennifer R. Altland**  June 24, 2024  17060

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 1723 | Loc | 00451-00846 | Period Begin | 06/01/24 | Net Pay | 1,557.36 |
| SSN | XXX-XX-8466 | Hire Date | 02/01/22 | Period End | 06/15/24 | Dir Dep | 1,557.36 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Hours | Ytd Amt |
|---|---|---|---|---|---|
| Regular Earnings | 86.02 | 19.000000 | 1,634.38 | 794.42 | 14,835.20 |
| Overtime Earnings | 9.20 | 28.500000 | 262.20 | 87.48 | 2,448.54 |
| OEPE Bonus | 0.00 | | 0.00 | 0.00 | 100.00 |
| Vacation | 0.00 | | 0.00 | 160.00 | 2,960.00 |
| Voice Bonus | 0.00 | | 50.00 | 0.00 | 50.00 |
| | 95.22 | | 1,946.58 | 1,041.90 | 20,393.74 |

### Taxes

| | Status | Taxable | Current Amt | Ytd Taxable | Ytd Amt |
|---|---|---|---|---|---|
| Federal Income Tax | | 1,861.10 | 64.44 | 19,367.98 | 598.97 |
| OASDI | | 1,861.10 | 115.38 | 19,367.98 | 1,200.81 |
| Medicare | | 1,861.10 | 26.99 | 19,367.98 | 280.84 |
| Medicare - Additional | | 1,861.10 | 0.00 | 19,367.98 | 0.00 |
| Pennsylvania SITW | M-0 | 1,861.10 | 57.14 | 19,367.98 | 594.59 |
| PA SUI - EE | | 1,946.58 | 1.37 | 20,393.74 | 14.28 |
| Cumberland - West Sho | | 1,861.10 | 18.61 | 1,861.10 | 18.61 |
| York - West Shore S D | | 0.00 | 0.00 | 17,506.88 | 175.09 |
| Fairview T.(York)(West | | 0.00 | 0.00 | 18,447.16 | 23.87 |
| Lower Allen T.(Cumber | | 1,946.58 | 2.17 | 1,946.58 | 2.17 |
| | | | 286.10 | | 2,909.23 |

### Other Deductions from Pay

| | Current Amt | Ytd Amt |
|---|---|---|
| 125 Medical - Pretax | 82.72 | 992.64 ♦ |
| 125 Vision - Pretax | 2.76 | 33.12 ♦ |
| Dental - Post Tax | 17.64 | 211.68 |
| | 103.12 | 1,237.44 |

### Payment Summary for Voucher 17060

| | |
|---|---|
| Total Gross Pay | 1,946.58 |
| Federal Taxes | -206.81 |
| State and Local Taxes | -79.29 |
| Other Deductions | -103.12 |
| Net Pay | 1,557.36 |
| Direct Deposits | -1,557.36 |
| Net Check | 0.00 |

### Additional Information

**Company Address**
Steward Incorporated
658 Parkwood Dr
York, PA 17404

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| MEMBERS 1ST FCU | Ends with ***3800 | 1,557.36 |
| | | 1,557.36 |

♦ This code is not included in your Federal taxable wages.

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Steward Incorporated**

658 Parkwood Dr
York, PA 17404

| Voucher Date | Voucher Number |
|---|---|
| 07/08/2024 | 17180 |

### Direct Deposit Advice

\*\*\* This is not a check\*\*\*

**Direct Deposit Amount**     \*\*\*\*\*\* 1,535.79

GA4874  1723  07/08/24  17180

**Jennifer R. Altland**

1255 Conewago Ave.
Manchester, PA 17345

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y 05/12/2022   2022 ReadyPayY

| Jennifer R. Altland | July 08, 2024 | | | | | 17180 |
|---|---|---|---|---|---|---|
| Emp Id | 1723 | Loc | 00451-00846 | Period Begin | 06/16/24 | Net Pay | 1,535.79 |
| SSN | XXX-XX-8466 | Hire Date | 02/01/22 | Period End | 06/30/24 | Dir Dep | 1,535.79 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

**Total Gross Pay**

| | Hours | Rate | Current Amt | Ytd Hours | Ytd Amt |
|---|---|---|---|---|---|
| Regular Earnings | 88.37 | 19.000000 | 1,679.03 | 882.79 | 16,514.23 |
| Overtime Earnings | 8.42 | 28.500000 | 239.97 | 95.90 | 2,688.51 |
| OEPE Bonus | 0.00 | | 0.00 | 0.00 | 100.00 |
| Vacation | 0.00 | | 0.00 | 160.00 | 2,960.00 |
| Voice Bonus | 0.00 | | 0.00 | 0.00 | 50.00 |
| | 96.79 | | 1,919.00 | 1,138.69 | 22,312.74 |

**Taxes**

| | Status | Taxable | Current Amt | Ytd Taxable | Ytd Amt |
|---|---|---|---|---|---|
| Federal Income Tax | | 1,833.52 | 61.69 | 21,201.50 | 660.66 |
| OASDI | | 1,833.52 | 113.68 | 21,201.50 | 1,314.49 |
| Medicare | | 1,833.52 | 26.58 | 21,201.50 | 307.42 |
| Medicare - Additional | | 1,833.52 | 0.00 | 21,201.50 | 0.00 |
| Pennsylvania SITW | M-0 | 1,833.52 | 56.29 | 21,201.50 | 650.88 |
| PA SUI - EE | | 1,919.00 | 1.34 | 22,312.74 | 15.62 |
| Cumberland - West Sho | | 1,833.52 | 18.34 | 3,694.62 | 36.95 |
| York - West Shore S D | | 0.00 | 0.00 | 17,506.88 | 175.09 |
| Fairview T.(York)(West | | 0.00 | 0.00 | 18,447.16 | 23.87 |
| Lower Allen T.(Cumber | | 1,919.00 | 2.17 | 3,865.58 | 4.34 |
| | | | 280.09 | | 3,189.32 |

**Other Deductions from Pay**

| | Current Amt | Ytd Amt |
|---|---|---|
| 125 Medical - Pretax | 82.72 | 1,075.36 ♦ |
| 125 Vision - Pretax | 2.76 | 35.88 ♦ |
| Dental - Post Tax | 17.64 | 229.32 |
| | 103.12 | 1,340.56 |

### Payment Summary for Voucher 17180

| | |
|---|---|
| Total Gross Pay | 1,919.00 |
| Federal Taxes | -201.95 |
| State and Local Taxes | -78.14 |
| Other Deductions | -103.12 |
| Net Pay | 1,535.79 |
| Direct Deposits | -1,535.79 |
| Net Check | 0.00 |

### Additional Information

**Company Address**

Steward Incorporated
658 Parkwood Dr
York, PA 17404

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| MEMBERS 1ST FCU | Ends with \*\*\*3800 | 1,535.79 |
| | | 1,535.79 |

♦ This code is not included in your Federal taxable wages.

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Steward Incorporated**
658 Parkwood Dr
York, PA 17404

| Voucher Date | Voucher Number |
|---|---|
| 07/23/2024 | 17332 |

## Direct Deposit Advice

*** This is not a check***

**Direct Deposit Amount** ****** 1,756.09

GA4874   1723   07/23/24   17332
**Jennifer R. Altland**
1255 Conewago Ave.
Manchester, PA 17345

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview
RP_010_8201_Y 05/12/2022 ©2022 ReadyPayY

| Jennifer R. Altland | July 23, 2024 | 17332 |
|---|---|---|

| Emp Id | 1723 | Loc | 00451-00846 | Period Begin | 07/01/24 | Net Pay | 1,756.09 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-8466 | Hire Date | 02/01/22 | Period End | 07/15/24 | Dir Dep | 1,756.09 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Hours | Ytd Amt |
|---|---|---|---|---|---|
| Regular Earnings | 80.00 | 19.000000 | 1,520.00 | 962.79 | 18,034.23 |
| Overtime Earnings | 18.62 | 28.500000 | 530.67 | 114.52 | 3,219.18 |
| OEPE Bonus | 0.00 | | 100.00 | 0.00 | 200.00 |
| Vacation | 0.00 | | 0.00 | 160.00 | 2,960.00 |
| Voice Bonus | 0.00 | | 50.00 | 0.00 | 100.00 |
| | 98.62 | | 2,200.67 | 1,237.31 | 24,513.41 |

### Taxes

| | Status | Taxable | Current Amt | Ytd Taxable | Ytd Amt |
|---|---|---|---|---|---|
| Federal Income Tax | | 2,115.19 | 89.85 | 23,316.69 | 750.51 |
| OASDI | | 2,115.19 | 131.14 | 23,316.69 | 1,445.63 |
| Medicare | | 2,115.19 | 30.67 | 23,316.69 | 338.09 |
| Medicare - Additional | | 2,115.19 | 0.00 | 23,316.69 | 0.00 |
| Pennsylvania SITW | M-0 | 2,115.19 | 64.94 | 23,316.69 | 715.82 |
| PA SUI - EE | | 2,200.67 | 1.54 | 24,513.41 | 17.16 |
| Cumberland - West Sho | | 2,115.19 | 21.15 | 5,809.81 | 58.10 |
| York - West Shore S D | | 0.00 | 0.00 | 17,506.88 | 175.09 |
| Fairview T.(York)(West | | 0.00 | 0.00 | 18,447.16 | 23.87 |
| Lower Allen T.(Cumbei | | 2,200.67 | 2.17 | 6,066.25 | 6.51 |
| | | | 341.46 | | 3,530.78 |

### Other Deductions from Pay

| | Current Amt | Ytd Amt |
|---|---|---|
| 125 Medical - Pretax | 82.72 | 1,158.08 ♦ |
| 125 Vision - Pretax | 2.76 | 38.64 ♦ |
| Dental - Post Tax | 17.64 | 246.96 |
| | 103.12 | 1,443.68 |

### Payment Summary for Voucher 17332

| Total Gross Pay | 2,200.67 |
|---|---|
| Federal Taxes | -251.66 |
| State and Local Taxes | -89.80 |
| Other Deductions | -103.12 |
| Net Pay | 1,756.09 |
| Direct Deposits | -1,756.09 |
| Net Check | 0.00 |

### Additional Information

**Company Address**
Steward Incorporated
658 Parkwood Dr
York, PA 17404

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| MEMBERS 1ST FCU | Ends with ***3800 | 1,756.09 |
| | | 1,756.09 |

♦ This code is not included in your Federal taxable wages.