UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: STEVEN ALLEN ALTLAND and<br>JENNIFER RUTH ALTLAND<br>    Debtors | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| STEVEN ALLEN ALTLAND and<br>JENNIFER RUTH ALTLAND<br>    Respondents | : | CASE NO.   1-24-bk-01929 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this   12th   day of September, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtors' plan for the following reason(s):

1. The Trustee avers that debtors' plan is not feasible based upon the following:

    a. The plan proposes an unrealistic and speculative step payment, contrary to § 1325(a)(6).

2. The debtors have not demonstrated that all tax returns have been filed as required by § 1325(a)(9) – 2023 local.

WHEREFORE, Trustee alleges and avers that debtors' plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this 13th day of September, 2024 , I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

E. Haley Rohrbaugh, Esquire
135 North George Street
York, PA   17401

                                             /s/Deborah A. DePalma
                                             Office of Jack N. Zaharopoulos
                                             Standing Chapter 13 Trustee