United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Steven Allen Altland  
Jennifer Ruth Altland  
    Debtors

Case No. 24-01929-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Sep 24, 2024     Form ID: pdf010     Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven Allen Altland, Jennifer Ruth Altland, 1255 Conewago Avenue, Manchester, PA 17345-9410 |
| 5643488 | + | STEVEN ALLEN ALTLAND, JENNIFER RUTH ALTLAND, 1255 CONEWAGO AVENUE, MANCHESTER, PA 17345-9410 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5643494 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 24 2024 18:44:15 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5643495 | + | Email/Text: dylan.succa@commercialacceptance.net | Sep 24 2024 18:35:00 | COMMERCIAL ACCEPTANCE COMPANY, ATTN: BANKRUPTCY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5643496 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 24 2024 18:35:00 | DEPTEDNELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 5643489 | + | Email/Text: hrohrbaugh@cgalaw.com | Sep 24 2024 18:35:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5643491 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 24 2024 18:35:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5654399 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 24 2024 18:35:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 5643497 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 24 2024 18:35:00 | JEFFERSON CAPITAL SYSTEMS, LLC, ATTN: BANKRUPTCY, 200 14TH AVE E, SARTELL, MN 56377-4500 |
| 5643498 | ^ | MEBN | Sep 24 2024 18:33:04 | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5644231 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2024 18:44:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5643499 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 24 2024 18:35:00 | OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY, 1661 WORTHINGTON RD, STE 100, WEST PALM BEACH, FL 33409-6493 |
| 5643492 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 24 2024 18:35:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5643500 | + | Email/Text: bankruptcynotices@psecu.com | Sep 24 2024 18:35:00 | PSECU, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |

| | | | | |
|---|---|---|---|---|
| 5643490 | + | Email/Text: karen.brown@treasury.gov | Sep 24 2024 18:35:00 | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5643501 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2024 18:44:26 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5643502 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 24 2024 18:35:00 | TRANSWORLD SYSTEMS, INC., 500 VIRGINIA DRIVE, SUITE 514, FORT WASHINGTON, PA 19034-2733 |
| 5643503 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 24 2024 18:35:00 | U.S. DEPARTMENT OF EDUCATION, ECMC/ATTN: BANKRUPTCY, P.O. BOX 16408, SAINT PAUL, MN 55116-0408 |
| 5644215 | | Email/Text: EDBKNotices@ecmc.org | Sep 24 2024 18:35:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 5654588 | | Email/Text: bankruptcynotification@wellspan.org | Sep 24 2024 18:35:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |
| 5643493 | | Email/Text: kcm@yatb.com | Sep 24 2024 18:35:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2024         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brent J Lemon | on behalf of Creditor U.S. Bank National Association as Trustee for American General Mortgage Loan Trust 2009-1, American General Mortgage Pass-Through Certificates, Series 2009-1 blemon@kmllawgroup.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Jennifer Ruth Altland hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Steven Allen Altland hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Steven Allen Altland
Jennifer Ruth Altand
       Debtors

Chapter 13

Case No. 1:24-bk-01929-HWV

## ORDER

Upon consideration of the Motion filed by the Debtors seeking to extend the Automatic Stay as to all creditors pursuant to § 362(c)(3)(b) of the Bankruptcy Code, Doc. 11, and the hearing held on September 24, 2024, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED** and the automatic stay shall continue until the closing of the case or further order of the Court.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 24, 2024