# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STEVEN ALLEN ALTLAND,
      AND JENNIFER RUTH ALTLAND,
           Debtor(s)               CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
           Movant             CASE NO: 1-24-01929-HWV

      vs.

STEVEN ALLEN ALTLAND,
AND JENNIFER RUTH ALTLAND,
           Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 2, 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Douglas R. Roeder, Esquire, and respectfully represents the following:

1. A Plan was filed on August 27, 2024.

2. A hearing was held, and an Order was entered on March 5, 2025, directing that an amended plan be filed within sixty (60) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,


/s/ Douglas R. Roeder, Esquire
Id: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: STEVEN ALLEN ALTLAND,
     AND JENNIFER RUTH ALTLAND,
          Debtor(s)               CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE          CASE NO: 1-24-01929-HWV
          Movant

     vs.

STEVEN ALLEN ALTLAND,
AND JENNIFER RUTH ALTLAND,
          Respondent(s)

## **NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Sylvia H. Rambo United States Courthouse      Date: June 25, 2025
Bankruptcy Courtroom 4B
1501 North 6th Street                  Time: 9:35 AM
Harrisburg, PA 17102

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: June 2, 2025

                    /s/ Douglas R. Roeder, Esquire
                    Id: 80016
                    Attorney for Movant
                    Jack N. Zaharopoulos
                    Standing Chapter 13 Trustee
                    Suite A, 8125 Adams Drive
                    Hummelstown, PA 17036
                    Phone: 717-566-6097
                    email: droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: STEVEN ALLEN ALTLAND,
    AND JENNIFER RUTH ALTLAND,
        Debtor(s)              CHAPTER 13

    JACK N. ZAHAROPOULOS
    CHAPTER 13 TRUSTEE        CASE NO: 1-24-01929-HWV
        Movant

    vs.

    STEVEN ALLEN ALTLAND,
    AND JENNIFER RUTH ALTLAND,
        Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 2, 2025, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically
  E. HALEY ROHRBAUGH, ESQUIRE    UNITED STATES TRUSTEE
  CGA LAW FIRM, P.C.           1501 NORTH 6TH STREET
  135 NORTH GEORGE STREET     BOX 302
  YORK, PA 17401              HARRISBURG, PA 17102

Served by 1st Class Mail
STEVEN ALLEN ALTLAND
JENNIFER RUTH ALTLAND
1255 CONEWAGO AVENUE
MANCHESTER, PA 17345

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 2, 2025                /s/ Matthew Harnsberger
                              Office of Standing Chapter 13 Trustee
                              Jack N. Zaharopoulos
                              Suite A, 8125 Adams Dr.
                              Hummelstown, PA 17036
                              Phone: 717 566-6097
                              email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: STEVEN ALLEN ALTLAND,
     AND JENNIFER RUTH ALTLAND,
         Debtor(s)          CHAPTER 13

     JACK N. ZAHAROPOULOS
     CHAPTER 13 TRUSTEE       CASE NO: 1-24-01929-HWV
         Movant

     vs.

     STEVEN ALLEN ALTLAND,
     AND JENNIFER RUTH ALTLAND,
         Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.