B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Steven Allen Altland**
**Jennifer Ruth Altland**

Case No. **1:24-bk-01929**

Debtor(s)

Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept                                     $ _____

Prior to the filing of this statement I have received                    $ _____

Balance Due                                                                                    $ _____

■ **RETAINER**

For legal services, I have agreed to accept and received a retainer of     $          **1,187.00**

The undersigned shall bill against the retainer at an hourly rate of     $          **295.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
fees and expenses exceeding the amount of the retainer.

2. $ **313.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Debtors agreed with CGA Law Firm to be charged hourly for legal services rendered in this matter. The attorney(s) and staff will submit periodic fee applications to the Court for approval of these fees.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Adversary Proceedings will be covered by separate agreement.**

In re    **Steven Allen Altland**
        **Jennifer Ruth Altland**                   Case No.    **1:24-bk-01929**

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED
(Continuation Sheet)

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**7/30/2025**
*Date*

           **/s/ E. Haley Rohrbaugh**
           **E. Haley Rohrbaugh 323803**
           *Signature of Attorney*
           **CGA Law Firm**
           **135 North George Street**
           **York, PA 17401-1132**
           **717-848-4900  Fax: 717-843-9039**
           **hrohrbaugh@cgalaw.com**
           *Name of law firm*

---