IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Steve A. Altland | : | |
|    Jennifer R. Altland | : | Chapter 13 |
|             Debtors | : | |
| | : | Case No. 1:24-bk-01929 |
| U.S. Bank National Association, as Trustee | : | |
| For American General Mortgage Loan Trust | : | |
| 2009-1, American General Mortgage Pass-Through | : | |
| Certificates, Series 2009-1 | : | |
| | : | |
|            Movant | : | |
| | : | Answer to |
|      v. | : | Motion for Relief from Stay |
| | : | |
| Steven A. Altland | : | |
| Jennifer R. Altland | : | |
|            Respondents | : | |
|   and | : | |
| Jack Zaharopoulos | : | |
|            Trustee | : | |

RESPONDENT'S REPLY TO MOTION FOR
RELIEF FROM AUTOMATIC STAY OF SECURED CREDITOR

AND NOW, this 4th day of December, 2025, come the respondents, Steven A. Altland and Jennifer R. Altland, by and through counsel, the CGA Law Firm and E. Haley Rohrbaugh, Esquire, and do file the within response averring that:

1. Admitted.

2. Admitted.

3. Denied. The exhibit speaks for itself.

4. Denied. The exhibit speaks for itself.

5. Admitted.

{02318617/1}

6. Denied. It is admitted that the Debtors have failed to make certain post-petition mortgage payments due to unexpected health issues, which will require surgery in the near future.

7. Admitted.

8. Denied.

9. Denied. The Debtors have made some post-petition payments to the movant. The Debtors would like to enter into a Stipulation to resolve any delinquency and seek a loan modification.

10. Denied. Debtors are without knowledge as to whether, and to what extent, Movant has incurred legal expenses.

11. Denied.

12. Denied. The movant does not have cause to have the Automatic Stay terminated for the reasons stated in Paragraph 12.

13. Denied, for all the reasons stated above.

WHEREFORE, it is requested that the relief sought not be granted.

Respectfully submitted,

CGA Law Firm, P.C.

/s/ E. Haley Rohrbaugh
E. Haley Rohrbaugh, Esquire
Sup. Ct. I.D. No. 323803
Counsel for Debtor
135 North George Street
York, PA 17401
(717) 848-4900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|   Steve A. Altland | : | |
|   Jennifer R. Altland | : | Chapter 13 |
|           Debtors | : | |
| | : | Case No. 1:24-bk-01929 |
| U.S. Bank National Association, as Trustee | : | |
| For American General Mortgage Loan Trust | : | |
| 2009-1, American General Mortgage Pass-Through | : | |
| Certificates, Series 2009-1 | : | |
| | : | |
|           Movant | : | |
| | : | Answer to |
|       v. | : | Motion for Relief from Stay |
| | : | |
| Steven A. Altland | : | |
| Jennifer R. Altland | : | |
|           Respondents | : | |
|   and | : | |
| Jack Zaharopoulos | : | |
|           Trustee | : | |

## CERTIFICATE OF SERVICE

    I hereby certify that on December 4, 2025, service upon all interested parties indicated below was made by sending a true and correct copy of the Answer to Motion for Relief, by ECF and/or regular US Mail, postage prepaid, upon:

Jack Zaharopoulos
Chapter 13 Trustee
ECF

Daniel P. Jones, Esquire
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976

                              /s/ E. Haley Rohrbaugh
                              E. Haley Rohrbaugh, Esquire