LOCAL BANKRUPTCY FORM 9013-4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

In Re:                                                  Case Number: 1:24-bk-01929-HWV

Steven Allen Altland
Jennifer Ruth Altland                                   Chapter: 13

    Debtor(s)

U.S. Bank National Association, as Trustee for
American General Mortgage Loan Trust 2009-1,
American General Mortgage Pass-Through
Certificates, Series 2009-1
              Movant

            vs.

Steven Allen Altland
Jennifer Ruth Altland

  Debtor(s)

Jack N Zaharopoulos
  Trustee

      Defendant(s)/Respondent(s)

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

    Reason for the continuance:
The Parties need additional time to attempt to reach an amicable resolution to this matter.

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: <u>December 5, 2025</u>                          /s/ Daniel P. Jones
                                                              Applicant's Signature

---

1  No alterations or interlineations of this document are permitted.
2  If this is not a first request for a continuance, then a Motion to Continue must be filed.