IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                  :
    Steven A. Altland                   :
    Jennifer R Altland                  :        Case No. 1:24-01929
              Debtors                   :        Chapter 13
                                        :

<u>ORDER GRANTING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN</u>

UPON CONSIDERATION OF a review of the Motion filed by the Debtor seeking to

Modify Confirmed Plan, the Motion to Modify Confirmed Plan with the Debtors' Second

Amended Plan is hereby

GRANTED.