IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                :
     Steven Allen Altland                       :          Chapter 13
     Jennifer Ruth Altland                      :
          Debtor                           :          Case No. 1:24-01929-HWV

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST


     Notice is hereby given:

     A Motion to Modify the confirmed Chapter 13 Plan and Second Amended Chapter 13 Plan has been filed with the Court by the above-referenced Debtors and counsel.

     If you wish to contest this Motion and Third Amended Chapter 13 Plan, you must file a written objection with the Court. Any filing must conform to the Rules of Bankruptcy Procedure, unless the Court determines otherwise.

     Any such Objection must be filed with the Bankruptcy Court at the address listed below **on or before March 11, 2026**, and served upon E. Haley Rohrbaugh, Esquire, 135 North George Street, York, Pennsylvania 17401.

     A hearing on any Answers and/or Objections will be held, if an Objection is filed, at the Sylvia H. Rambo U.S. Courthouse, Bankruptcy Courtroom #8 (4th Floor), 1501 N. 6th Street, Harrisburg, Pennsylvania 17102. Failure to file a timely objection may result in the entry of an Order approving the Motion to Modify and Third Amended Plan pursuant to the terms and conditions stated without further notification. If no objections are timely filed with the Bankruptcy Court, the Court may act upon said motion without hearing or further notice.


Dated: 02/18/2026     Clerk, U.S. Bankruptcy Court    E. Haley Rohrbaugh, Esq.
                    Sylvia H. Rambo U.S. Courthouse  135 North George Street
                    1501 N. 6th Street             York, Pennsylvania 17401
                    Harrisburg, PA 17102

{02464447/1}