UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

STEVEN A ALTLAND
JENNIFER R ALTLAND

CASE NO: 24-01929

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
Judge: Henry W. Van Eck

On 2/18/2026, I did cause a copy of the following documents, described below,

Motion to Modify Confirmed Plan

Proposed Order

2nd Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/18/2026

/s/ E. Haley Robrbaugth
E. Haley Robrbaugth  323803

CGA Law Firm
135 Notth George Street
York, PA 17401
717-848-4900
ephillips@cgalaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

STEVEN A ALTLAND
JENNIFER R ALTLAND

CASE NO: 24-01929

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
Judge: Henry W. Van Eck

On 2/18/2026, a copy of the following documents, described below,

Motion to Modify Confirmed Plan

Proposed Order

2nd Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/18/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
E. Haley Robrbaugth
CGA Law Firm
135 Notth George Street
York, PA  17401

(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-01929
MIDDLE DISTRICT OF PENNSYLVANIA
WED FEB 18 10-6-55 PST 2026

EXCLUDE

(U) NATIONSTAR MORTGAGE LLC

LVNV FUNDING LLC
CO RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE   SC 29603-0587

EXCLUDE

(U) US BANK NATIONAL ASSOCIATION - AS TRUSTEE F

EXCLUDE

US BANKRUPTCY COURT
SYLVIA H RAMBO US COURTHOUSE
1501 N 6TH STREET
HARRISBURG   PA 17102-1104

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY   UT 84130-0285

COMMERCIAL ACCEPTANCE COMPANY
ATTN BANKRUPTCY
2300 GETTYSBURG ROAD   SUITE 102
CAMP HILL   PA 17011-7303

DEPTEDNELNET
PO BOX 82561
LINCOLN   NE 68501-2561

E HALEY ROHRBAUGH
CGA LAW FIRM
135 NORTH GEORGE STREET
YORK   PA 17401-1132

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA   PA 19101-7346

JEFFERSON CAPITAL SYSTEMS   LLC
ATTN BANKRUPTCY
200 14TH AVE E
SARTELL   MN 56377-4500

(P) JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KML LAW GROUP   PC
BNY MELLON INDEPENDENCE CTR
701 MARKET ST   STE 5000
PHILADELPHIA   PA 19106-1541

LVNV FUNDING   LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE   SC 29603-0587

NATIONSTAR MORTGAGE LLC
CO SHAWN MILLER
ALDRIDGE PITE   LLP
3333 CAMINO DEL RIO SOUTH   SUITE 225
SAN DIEGO   CA 92108-3808

OCWEN LOAN SERVICING   LLC
ATTN BANKRUPTCY
1661 WORTHINGTON RD   STE 100
WEST PALM BEACH   FL 33409-6493

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG   PA 17128-0946

PSECU
ATTENTION BANKRUPTCY
PO BOX 67013
HARRISBURG   PA 17106-7013

DEBTOR

SECRETARY OF TREASURY
15TH   PENN AVENUE NW
WASHINGTON   DC 20220-0001

STEVEN ALLEN ALTLAND
JENNIFER RUTH ALTLAND
1255 CONEWAGO AVENUE
MANCHESTER   PA 17345-9410

SYNCHRONY BANKLOWES
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO   FL 32896-5060

TRANSWORLD SYSTEMS   INC
500 VIRGINIA DRIVE
SUITE 514
FORT WASHINGTON   PA 19034-2733

US BANK NATIONAL ASSOCIATION
CO ROCKET MORTGAGE   LLC
ATTN BANKRUPTCY DEPT
PO BOX 619096
DALLAS TX 75261-9096

US BANK NATIONAL ASSOCIATION   AT EL
CO NATIONSTAR MORTGAGE LLC
ATTN BANKRUPTCY DEPARTMENT
PO BOX 619096
DALLAS   TX 75261-9096

US BANK NATIONAL ASSOCIATION   ET AL
CO STERN   EISENBERG   PC
1581 MAIN STREET   STE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON   PA 18976-3403

US DEPARTMENT OF EDUCATION
ECMCATTN BANKRUPTCY
PO BOX 16408
SAINT PAUL   MN 55116-0408

US DEPARTMENT OF EDUCATION
PO BOX 16448
ST PAUL   MN 55116-0448

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N 6TH ST
HARRISBURG PA 17102-1104

WELLSPAN HEALTH
P O BOX 15119
YORK PA 17405-7119

WILMINGTON TRUST NATIONAL ASSOCIATION CO P
TSI
PO BOX 15130
WILMINGTON DE 19850-5130

YORK ADAMS TAX BUREAU
P O BOX 15627
YORK PA 17405-0156

ELIZABETH HALEY ROHRBAUGH
CGA LAW FIRM
135 N GEORGE STREET
YORK PA 17401-1132

(P)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

JENNIFER RUTH ALTLAND
1255 CONEWAGO AVENUE
MANCHESTER PA 17345-9410

STEVEN ALLEN ALTLAND
1255 CONEWAGO AVENUE
MANCHESTER PA 17345-9410