IN RE: : CHAPTER 13
STEVEN ALLEN ALTLAND, :
JENNIFER RUTH ALTLAND, :
    Debtor(s) :
: 
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
: 
    vs. :
: 
STEVEN ALLEN ALTLAND, :
JENNIFER RUTH ALTLAND, :
    Respondent(s) : CASE NO.   1:24-BK-01929-HWV

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, on the 31st day of March 2026, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about February 20, 2026, be withdrawn as all issues have been resolved.

        Respectfully submitted:

        /s/Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 31st day of March 2026, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

E. HALEY ROHRBAUGH
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK, PA 17401-

/s/Ashley Schott_____
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee