United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Steven Allen Altland

Jennifer Ruth Altland

    Debtors

Case No. 24-01929-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3

Date Rcvd: May 20, 2026      Form ID: ordsmiss      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Steven Allen Altland, Jennifer Ruth Altland, 1255 Conewago Avenue, Manchester, PA 17345-9410 |
| 5643490 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5643488 | + | STEVEN ALLEN ALTLAND, JENNIFER RUTH ALTLAND, 1255 CONEWAGO AVENUE, MANCHESTER, PA 17345-9410 |
| 5643503 | + | U.S. DEPARTMENT OF EDUCATION, ECMC/ATTN: BANKRUPTCY, P.O. BOX 16408, SAINT PAUL, MN 55116-0408 |
| 5660607 | + | Wilmington Trust National Association c/o PHH Mor, TSi, PO Box 15130, Wilmington, DE 19850-5130 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2026 18:48:41 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5643494 | + | EDI: CAPITALONE.COM | May 20 2026 22:48:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5643495 | + | Email/Text: dylan.succa@commercialacceptance.net | May 20 2026 18:46:00 | COMMERCIAL ACCEPTANCE COMPANY, ATTN: BANKRUPTCY, 2300 GETTYSBURG ROAD, SUITE 102, CAMP HILL, PA 17011-7303 |
| 5643496 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 20 2026 18:46:00 | DEPTEDNELNET, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 5643489 | + | Email/Text: hrohrbaugh@cgalaw.com | May 20 2026 18:46:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5643491 | | EDI: IRS.COM | May 20 2026 22:48:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5654399 | | EDI: JEFFERSONCAP.COM | May 20 2026 22:48:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 5643497 | + | EDI: JEFFERSONCAP.COM | May 20 2026 22:48:00 | JEFFERSON CAPITAL SYSTEMS, LLC, ATTN: BANKRUPTCY, 200 14TH AVE E, SARTELL, MN 56377-4500 |
| 5643498 | ^ | MEBN | May 20 2026 18:44:39 | KML LAW GROUP, P.C., BNY MELLON INDEPENDENCE CTR., 701 MARKET ST., STE 5000, PHILADELPHIA, PA 19106-1541 |
| 5644231 | | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2026 18:48:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5749833 | + | Email/Text: ecfbnc@aldridgepite.com | May 20 2026 18:46:00 | Nationstar Mortgage LLC, c/o Shawn Miller, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |

| Recip ID | Flag | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5643499 | + | EDI: LCIPHHMRGT | May 20 2026 22:48:00 | OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY, 1661 WORTHINGTON RD, STE 100, WEST PALM BEACH, FL 33409-6493 |
| 5643492 | | EDI: PENNDEPTREV | May 20 2026 22:48:00 | PENNSYLVANIA DEPARTMENT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5643500 | + | EDI: G2RSPSECU | May 20 2026 22:48:00 | PSECU, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5643501 | + | EDI: SYNC | May 20 2026 22:48:00 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5643502 | + | Email/Text: bankruptcydepartment@tsico.com | May 20 2026 18:46:00 | TRANSWORLD SYSTEMS, INC., 500 VIRGINIA DRIVE, SUITE 514, FORT WASHINGTON, PA 19034-2733 |
| 5779997 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 20 2026 18:46:00 | U.S. Bank National Association, C/O Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 5655787 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 20 2026 18:46:00 | U.S. Bank National Association, at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5758397 | ^ | MEBN | May 20 2026 18:44:47 | U.S. Bank National Association, et al, c/o Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5644215 | | Email/Text: EDBKNotices@ecmc.org | May 20 2026 18:46:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 5654588 | | Email/Text: bankruptcynotification@wellspan.org | May 20 2026 18:46:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |
| 5643493 | | Email/Text: kcm@yatb.com | May 20 2026 18:46:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Daniel Philip Jones

on behalf of Creditor U.S. Bank National Association  as Trustee for American General Mortgage Loan Trust 2009-1, American General Mortgage Pass-Through Certificates, Series 2009-1 djones@sterneisenberg.com, bkecf@sterneisenberg.com

Elizabeth Haley Rohrbaugh

on behalf of Debtor 1 Steven Allen Altland hrohrbaugh@cgalaw.com
ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com;ycaraballo@cgalaw.com;jrosenau@cgalaw.com

Elizabeth Haley Rohrbaugh

on behalf of Debtor 2 Jennifer Ruth Altland hrohrbaugh@cgalaw.com
ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com;ycaraballo@cgalaw.com;jrosenau@cgalaw.com

Jack N Zaharopoulos

ecf_pahu_alt@trustee13.com

Matthew K. Fissel

on behalf of Creditor U.S. Bank National Association  as Trustee for American General Mortgage Loan Trust 2009-1, American General Mortgage Pass-Through Certificates, Series 2009-1 bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Steven K Eisenberg

on behalf of Creditor U.S. Bank National Association  as Trustee for American General Mortgage Loan Trust 2009-1, American General Mortgage Pass-Through Certificates, Series 2009-1 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Steven Allen Altland,                                    Chapter          13

**Debtor 1**

Case No.          1:24–bk–01929–HWV

Jennifer Ruth Altland,

**Debtor 2**

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  May 20, 2026

ordsmiss (05/18)