IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
    Steven Allen Altland : Chapter 13
    Jennifer Ruth Altland :
        Debtor(s) : Case No. 1:24-bk-01929-HWV
         :

ORDER APPROVING THE PAYMENT OF COUNSEL FEES
TO CGA LAW FIRM AS A CHAPTER 13 ADMINISTRATIVE EXPENSES

UPON CONSIDERATION OF a review of the First fee application filed by

E. Haley Rohrbaugh  , Esquire, counsel for the above Debtor, and upon a review of the record

revealing that Notice was given to all creditors and other parties in interest and no objections

have been received within the twenty-one (21) days' notice period, it is hereby

ORDERED that counsel fees for the period of time beginning July 29, 2024

through November 14, 2025, in the amount of  $6,270.00  for legal services rendered by said

counsel to the Debtor; and for reimbursement to said counsel for out-of-pocket expenses

incurred from July 29, 2024  through November 14, 2025, in the amount of $503.95  for

a total award of $ 6,773.95  are hereby approved for services rendered and expenses incurred by

CGA Law Firm as a Chapter 13 Administrative Expense. It is further

ORDERED that after receipt of $1,500.00  from the Debtor, and $0.00  previously

received from the Chapter 13 Trustee, the Standing Chapter 13 Trustee is directed to pay

$5,273.95 from the funds that the Trustee has on hand to Debtor's Counsel.

{02457225/1}